OPINION — AG — ** VACANCIES — SCHOOL BOARDS — APPOINTMENT ** IT IS 'LEGALLY' POSSIBLE TO ENACT LEGISLATION (LEGISLATURE) REQUIRING VACANCIES ON BOARDS OF EDUCATION TO BE FILLED AT ELECTIONS. AS HERETOFORE POINTED OUT, HOWEVER, THE LEGISLATURE MAY PROVIDE FOR THE FILLING OF SUCH VACANCIES BY APPOINTMENT, WITHOUT AN ELECTION BY THE SCHOOL DISTRICT ELECTORS. (ELECTION, SUCCESSORS, SCHOOL BOARD, TERM OF OFFICE, UNEXPIRED TERM) CITE: 70 O.S. 4-14 [70-4-14] (J. H. JOHNSON)